In the Matter of the Application of WILLIAM E. SPIER et al.,
     Freeholders, etc., for the Building of a Bridge.

(Argued June 19, 1889; decided October 8, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made September 3, 1888,
which affirmed an order of Special Term directing a bridge to
be built as asked for in the petition.

*L. B. Pike* for appellant.

*M. A. Sheldon* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.